CATHERINE CONROY v. THE CITY OF NEW YORK.— Motion to dismiss appeal denied, with leave to renew if appellant do not proceed promptly to perfect the appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GIUSEPPE PREVITO v. PATRICK McGOVERN.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARIA CUOMO and Another v. MARIA C. GRANATO.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants proceed with due diligence to perfect the appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CLAYTON T. A. FRENCH and Another v. ROBERT S. ABBOTT PUBLISHING COMPANY, INC., and Another.— Motion to dismiss appeal denied with leave to renew if appellants do not proceed promptly to perfect the appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application for Letters of Administration De Bonis Non, etc., of WILLIAM T. RYAN, Deceased.— Motion to dismiss appeal denied, with leave to renew if appellant do not proceed promptly to perfect the appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of GEORGE TUTTLE BROKAW, Life Tenant under and by Virtue of the Last Will and Testament of ISAAC V. BROKAW, Deceased, to Mortgage Premises on Northeast Corner of Fifth Avenue and Seventy-ninth Street, New York City.— Motion denied, with ten dollars costs. ·Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRED S. JAMES & Co. v. THE ROSSIA INSURANCE COMPANY OF AMERICA.— Motion for leave to intervene denied. Motion to file a brief as *amicus curiæ* granted, but without oral argument and on condition that said brief be served and filed on or before December 10, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JEROME REALTY COMPANY, a Domestic Corporation, v. CARLO ARRIGHI.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JULIUS D. NAVARD v. MORRIS PAUL.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MORRIS SIMIANSKY, as Surviving Partner, etc., v. WILLIAM P. GOLDMAN & BROS., INC., Impleaded with ABRAHAM P. LUBELL and Another, as Administrators, etc., of JACOB M. KAHN, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CRANE COMMERCIAL CORPORATION v. MAURICE EPSTEIN.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, to Certain Lands and Premises Situated on East 167th Street and Tiffany Street, Duly Selected as a Site for School Purposes. In the Matter of the Application of ELIZABETH HEBBERD, for Payment of Award for Damage Parcel No. 2.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.